IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES BRASWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:16-CV-822-WKW |
| | ) |
| GLOVIS AMERICA, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 20.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 20) is ADOPTED;

2. Defendant's motion to partially dismiss (Doc. # 12) is DENIED;

3. Defendant's motion to stay (Doc. # 12) is GRANTED;

4. Plaintiff is ORDERED to notify the court within five days of his receipt of a right-to-sue letter from the EEOC.  In the notice, Plaintiff should explain whether he intends to amend his complaint in light of the right-to-sue letter.  If

Plaintiff does not receive a right-to-sue letter, he should notify the court how he wishes to proceed; and

    5.    The Clerk of Court is DIRECTED to administratively close this case until further notification is received from Plaintiff.

DONE this 24th day of March, 2017.

                                      /s/ W. Keith Watkins  
                               CHIEF UNITED STATES DISTRICT JUDGE